IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Dantzler, Kevin | Case Number: 07 B 09431 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 4/22/08 | Filed: 5/24/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 26, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 7,152.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,974.00 |
| Trustee Fee: | | 169.76 |
| Other Funds: | | 4,008.24 |
| Totals: | 7,152.00 | 7,152.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Glenda J Gray | Administrative | 2,974.00 | 2,974.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Illinois Dept of Revenue | Secured | 14,962.46 | 0.00 |
| 5. | Internal Revenue Service | Secured | 46,830.64 | 0.00 |
| 6. | Illinois Dept Of Healthcare And Family | Priority | 9,855.35 | 0.00 |
| 7. | Internal Revenue Service | Priority | 140,881.15 | 0.00 |
| 8. | United States Dept Of Education | Unsecured | 1,607.31 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 19,064.05 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 38.13 | 0.00 |
| 11. | Illinois Dept Of Healthcare And Family | Unsecured | 806.17 | 0.00 |
| 12. | Devon Financial Services Inc | Unsecured | 136.75 | 0.00 |
| 13. | Aspire | Unsecured | 121.65 | 0.00 |
| 14. | Capital One | Unsecured | 115.61 | 0.00 |
| 15. | Capital One | Unsecured | 210.43 | 0.00 |
| 16. | Internal Revenue Service | Priority | | No Claim Filed |
| 17. | Drive Financial Services | Unsecured | | No Claim Filed |
| 18. | Aspire | Unsecured | | No Claim Filed |
| 19. | Aspire | Unsecured | | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 21. | Evergreen Professional Recoveries | Unsecured | | No Claim Filed |
| 22. | GEMB | Unsecured | | No Claim Filed |
| 23. | Mages & Price | Unsecured | | No Claim Filed |
| 24. | HSBC | Unsecured | | No Claim Filed |
| 25. | GEMB | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Dantzler, Kevin | Case Number: 07 B 09431 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 4/22/08 | Filed: 5/24/07 |

| | | | | |
|---|---|---|---|---|
| 26. | GEMB | Unsecured | | No Claim Filed |
| 27. | Medical Collections | Unsecured | | No Claim Filed |
| 28. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 237,603.70 | $ 2,974.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 169.76 |
| | _____ |
| | $ 169.76 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____